IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| FRANKIE N. WALKER, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL NO. 07-896-GPM |
| NURSE VAUGHN, *et al.*, | ) ) ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT**. This action came before the Court for a preliminary screening of the amended complaint pursuant to 28 U.S.C. § 1915A.

**IT IS ORDERED AND ADJUDGED** that this action is dismissed as legally frivolous. Dismissal is with prejudice. Judgment is entered in favor of Defendants and against Plaintiff. Plaintiff **FRANKIE N. WALKER** shall take nothing from this action.

**DATED**: 07/08/2008

NORBERT G. JAWORSKI, CLERK

By: s/ Linda M. McGovern
　　　Deputy Clerk

APPROVED: s/ G. Patrick Murphy
　　　G. PATRICK MURPHY
　　　U.S. DISTRICT JUDGE